■ ANTHONY CASTALDO et al., Respondents, v MIGAY TRUCKING CORP. et al., Respondents, and IVAR GUDMUNDSSON, Appellant.—Order, Supreme Court, New York County, entered May 10, 1977, unanimously reversed, on the law, defendant-appellant's motion for renewal granted, and, on renewal, defendant-appellant's motion for summary judgment dismissing the complaint on the affirmative defense of diplomatic immunity granted, and the complaint dismissed, and the action severed as to him, without costs and without disbursements; appeal from order of the same court, entered March 3, 1977, dismissed as academic, without costs, it having been superseded by the order entered May 10, 1977. On these papers, there is no doubt that the movant defendant is clothed with diplomatic immunity. (See *Kobelski v Permanent Mission of Fed. Republic of Germany to United Nations*, 54 AD2d 867.) Nor may the case survive against defendant-appellant's insurance carrier, that liability being purely derivative. We may not take cognizance of appellant's request that we dismiss *Dole v Dow* cross claims of other defendants, not parties to this appeal; those matters are not properly before us. Concur—Silverman, J. P., Evans, Fein and Markewich, JJ. [62 AD2d 932.]

■ In the Matter of the Estate of ABRAHAM ZALAZNICK, Deceased. AIDA JUNGER et al., as Executors of HANNA ZALAZNICK, Deceased, Appellants-Respondents; SHELDON ZALAZNICK et al., Respondents-Appellants; CHARLES ZALAZNICK et al., Respondents.—Decree, Surrogate's Court, Bronx County, entered on May 13, 1977, so far as appealed from, unanimously affirmed, without costs and without disbursements, for the reasons stated by Gelfand, S. Concur—Lupiano, J. P., Birns, Lane, Sandler and Sullivan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD HUNTER, Appellant.—Judgment, Supreme Court, New York County, rendered on November 15, 1974, unanimously affirmed. Application by appellant's counsel to withdraw as counsel granted (see *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833). Concur—Murphy, P. J., Silverman, Evans, Fein and Markewich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RUSSELL WIMBERLY v WARDEN.—Application for a writ of habeas corpus denied. (See CPLR 7002, subd [c]; 7003, subd [a].) Concur—Kupferman, J. P., Lupiano, Silverman and Markewich, JJ.

---

## (February 23, 1978)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SANFORD ENGELHARDT, Appellant.—Judgment, Supreme Court, New York County, rendered on October 1, 1976, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Murphy, P. J., Birns, Silverman, Evans and Sullivan, JJ.

■ ARTHUR PURO, Appellant, v BERNARD ZIMMERMAN et al., Respondents, et al., Defendant.—Judgment, Supreme Court, New York County, entered on April 29, 1977, unanimously affirmed for the reasons stated by Spector J., at Trial Term, and the respondents shall recover of the appellant $60 costs and disbursements of this appeal. Concur—Murphy, P. J., Birns, Silverman, Evans and Sullivan, JJ.